UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EILEEN KARIUS, SUSAN SARETTE, WILMA KINNE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:02CV01832 ERW ) |
| AMERICAN HOME PRODUCTS CORPORATION; et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The Final MDL Orders of Remand were filed with this Court on November 13, 2006 [doc. #29, #30, and #31]. The Court has been notified that pursuant to a Pretrial Order issued by Judge Harvey Bartle, III, on March 23, 2005, the Plaintiffs in this action were severed and ordered to file a Severed and Amended Complaint, each of which was assigned a separate cause number. In addition, each Plaintiff, except for the first named Plaintiff, was ordered to file the appropriate filing fee with the Eastern District of Pennsylvania.

**IT IS HEREBY ORDERED** that Cause No. 4:02CV01832 ERW shall remain Plaintiff Eileen Karius versus the remaining Defendants.

**IT IS FURTHER ORDERED** that the Clerk's Office shall direct new cause numbers to be assigned to Plaintiff Susan Sarette and Plaintiff Wilma Kinne. These two new cases shall be directly assigned to this Court.

**IT IS FURTHER ORDERED** that upon receipt of the new case assignments, the parties shall re-submit the appropriate Joint Scheduling Plan to the appropriate cause for this Court's consideration.

**So Ordered this 4th Day of January , 2007.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**